# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1413     **Short Title:** NY et al. v. Trump et al.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Vermont _____ as the

[ ] appellant(s)      [✓] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Jonathan T. Rose
Signature

April 29, 2025
Date

Jonathan T. Rose
Name

Vermont Attorney General's Office
Firm Name (if applicable)

(802) 828-3171
Telephone Number

109 State Street
Address

(802) 828-3187
Fax Number

Montpelier, VT 05609
City, State, Zip Code

jonathan.rose@vermont.gov
Email (required)

Court of Appeals Bar Number: 1215541

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).