# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

No. 25-1413            **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Connecticut</u> as the

[ ] appellant(s)         [✓] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)       [ ] intervenor(s)

<u>/s/ Jill Lacedonia</u>  
Signature

<u>04/29/2025</u>  
Date

<u>Jill Lacedonia</u>  
Name

<u>Connecticut Office of the Attorney General</u>  
Firm Name (if applicable)

<u>860-808-5250</u>  
Telephone Number

<u>165 Capitol Avenue</u>  
Address

<u>860-808-5386</u>  
Fax Number

<u>Hartford, CT 06106</u>  
City, State, Zip Code

<u>jill.lacedonia@ct.gov</u>  
Email (required)

Court of Appeals Bar Number: <u>1215532</u>

Has this case or any related case previously been on appeal?

[ ] No        [✓] Yes    Court of Appeals No. <u>25-1138 and 25-1236</u>

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).