# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1413    **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of New York    as the

[ ] appellant(s)    [✓] appellee(s)    [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Mark S. Grube
Signature

April 30, 2025
Date

Mark S. Grube
Name

Office of the New York State Attorney General
Firm Name (if applicable)

(212) 416-8028
Telephone Number

28 Liberty Street
Address

(212) 416-8962
Fax Number

New York, NY 10005
City, State, Zip Code

mark.grube@ag.ny.gov
Email (required)

Court of Appeals Bar Number: 1215387

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes    Court of Appeals No. 25-1138, 25-1236

============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).