# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1413    **Short Title:** New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois _____ as the

[ ] appellant(s)      [✓] appellee(s)      [ ] amicus curiae

[ ] petitioner(s)     [ ] respondent(s)    [ ] intervenor(s)

/s/ Alex Hemmer
Signature

4/30/2025
Date

Alex Hemmer
Name

Office of the Illinois Attorney General
Firm Name (if applicable)

(312) 814-5526
Telephone Number

115 S. LaSalle St.
Address

Fax Number

Chicago, IL 60603
City, State, Zip Code

alex.hemmer@ilag.gov
Email (required)

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[ ] No    [✓] Yes   Court of Appeals No. 25-1138, 25-1236

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).