# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1413          **Short Title:** State of New York, et al. v. Tr

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

<u>State of Maine</u> as the

[ ] appellant(s)     [✓] appellee(s)     [ ] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

<u>/s/ Jason Anton</u>                         <u>5/2/2025</u>
Signature                                    Date

<u>Jason D. Anton</u>
Name

<u>Office of the Attorney General</u>          <u>207-626-8800</u>
Firm Name (if applicable)                    Telephone Number

<u>6 State House Station</u>                   _____
Address                                      Fax Number

<u>Augusta, Maine, 04330</u>                   <u>jason.anton@maine.gov</u>
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: <u>1187795</u>

Has this case or any related case previously been on appeal?

[ ] No      [✓] Yes   Court of Appeals No. <u>25-1138, 25-1236</u>

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).