# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 25-1413        **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of (*please list names of all parties represented, using additional sheet(s) if necessary*):

State of North Carolina _____ as the

[ ] appellant(s)          [✔] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)          [ ] respondent(s)          [ ] intervenor(s)

/s/ Daniel P. Mosteller                    5/5/2025
Signature                                          Date

Daniel P. Mosteller
Name

N.C. Department of Justice              919-716-6026
Firm Name (if applicable)                  Telephone Number

PO Box 629
Address                                              Fax Number

Raleigh, NC 27602                        dmosteller@ncdoj.gov
City, State, Zip Code                        Email (required)

Court of Appeals Bar Number: 1215539

Has this case or any related case previously been on appeal?

[ ] No          [✔] Yes   Court of Appeals No. 25-1236, 25-1138

======================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).