Nos. 25-1236, 25-1413

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

STATE OF NEW YORK, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS
PRESIDENT OF THE UNITED STATES, et al.,

Defendants-Appellants.

———————————

On Appeal from the United States District Court
for the District of Rhode Island (No. 1:25-cv-00039)
The Honorable John J. McConnell, Jr.

———————————

**PLAINTIFFS-APPELLEES' ASSENTED-TO MOTION FOR AN
EXTENSION OF TIME TO FILE RESPONSE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 27 and 31, Plaintiffs-Appellees hereby request a 22-day extension of time in which to file their response brief, to and including Friday, July 18, 2025. As grounds for this motion, Plaintiffs-Appellees state as follows:

1. Under the current briefing schedule, Plaintiffs-Appellees' response brief in these consolidated appeals is due on Thursday, June 26, 2025. Plaintiffs-Appellees respectfully request that they be granted

an extension of 22 days in which to file their response brief. If this request is granted, Plaintiffs-Appellees' response brief will be due on Friday, July 18, 2025. Plaintiffs-Appellees have not previously sought an extension of time for filing their brief.

2. The additional time is requested in light of the complexity of the legal and factual issues presented by this appeal, to accommodate the other professional and personal obligations of Plaintiffs-Appellees' counsel, and to permit coordination among 24 different plaintiffs and their separate counsel.

3. In particular, in the next month, Alex Hemmer, who has principal responsibility for drafting Plaintiffs-Appellees' response brief, is also responsible for drafting and reviewing filings in other matters with pending deadlines, including a reply brief in support of plaintiffs' motion for a preliminary injunction in *Illinois v. Fed. Emergency Mgmt. Agency*, No. 25-cv-206 (D.R.I.), due on June 12, 2025; and the response brief in *Schroeder v. Treto*, No. 25-1603 (7th Cir.), due on June 27, 2025. Mr. Hemmer also is scheduled to be out of the office between June 16 and 20, 2025.

4.  In addition, Defendants-Appellants previously sought and, on May 5, 2025, were granted a similar extension of time (14 days) for filing their opening brief.

5.  Defendants-Appellants assent to the relief sought in this motion.

Respectfully submitted,

| | |
|---|---|
| **LETITIA JAMES** | **KWAME RAOUL** |
| Attorney General | Attorney General |
| State of New York | State of Illinois |
| | |
| Barbara D. Underwood | Jane Elinor Notz |
| *Solicitor General* | *Solicitor General* |
| Judith N. Vale | |
| *Deputy Solicitor General* | /s/ Alex Hemmer |
| | Alex Hemmer |
| /s/ Mark S. Grube | *Deputy Solicitor General* |
| Mark S. Grube | 115 S. La Salle St. |
| *Senior Assistant Solicitor General* | Chicago, IL 60603 |
| Rabia Muqaddam | (312) 814-5526 |
| *Special Counsel for Federal Initiatives* | alex.hemmer@ilag.gov |
| Michael J. Myers | |
| *Senior Counsel* | |
| Molly Thomas-Jensen | |
| *Special Counsel* | |
| Colleen Faherty | |
| *Special Trial Counsel* | |
| Zoe Levine | |
| *Special Counsel for Immigrant Justice* | |
| 28 Liberty St. | |

3

New York, NY 10005
(929) 638-0447
mark.grube@ag.ny.gov
rabia.muqaddam@ag.ny.gov
michael.myers@ag.ny.gov
molly.thomas-jensen@ag.ny.gov
colleen.faherty@ag.ny.gov
zoe.levine@ag.ny.gov

**ROB BONTA**
Attorney General
State of California

/s/ Laura L. Faer
Laura L. Faer
Christine Chuang
*Supervising Deputy Attorneys General*
Nicholas Green
Carly Munson
Kenneth Sugarman
Marie Logan
Theodore McCombs
Josh Patashnik
*Deputy Attorneys General*
1515 Clay St.
Oakland, CA 94612
(510) 879-3304
laura.faer@doj.ca.gov
christine.chuang@doj.ca.gov
nicholas.hreen@doj.ca.gov
carly.munson@doj.ca.gov
kenneth.sugarman@doj.ca.gov
marie.long@doj.ca.gov
theodore.mccombs@doj.ca.gov
josh.patashnik@doj.ca.gov

**PETER F. NERONHA**
Attorney General
State of Rhode Island

/s/ Kathryn M. Sabatini
Kathryn M. Sabatini
*Civil Division Chief*
*Special Assistant Attorney General*
Sarah W. Rice
*Deputy Chief, Public Protection Bureau*
*Assistant Attorney General*
Leonard Giarrano IV
*Special Assistant Attorney General*
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2054
ksabatini@riag.ri.gov
srice@riag.ri.gov
lgiarrano@riag.ri.gov

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts

/s/ Katherine B. Dirks
Katherine B. Dirks
*Deputy Chief, Government Bureau*
Turner Smith
*Deputy Chief, Energy and
   Environment Bureau*
David C. Kravitz
*State Solicitor*
Anna Lumelsky
*Deputy State Solicitor*
1 Ashburton Pl.
Boston, MA  02108
(617) 963-2277
katherine.dirks@mass.gov
turner.smith@mass.gov
david.kravitz@mass.gov
anna.lumelsky@mass.gov

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey

/s/ Angela Cai
Angela Cai
*Executive Assistant Attorney
   General*
Jeremy M. Feigenbaum
*Solicitor General*
Shankar Duraiswamy
*Deputy Solicitor General*
25 Market St.
Trenton, NJ 08625
(609) 376-3377
angela.cai@njoag.gov
jeremy.feigenbaum@njoag.gov
shankar.duraiswamy@njoag.gov

**KRISTEN K. MAYES**
Attorney General
State of Arizona

/s/ Joshua D. Bendor
Joshua D. Bendor
*Solicitor General*
Nathan Arrowsmith
2005 North Central Avenue
Phoenix, Arizona 85004
(602) 542-3333
joshua.bendor@azag.gov
nathan.arroswmith@azag.gov

**WILLIAM TONG**
Attorney General
State of Connecticut

/s/ Michael K. Skold
Michael K. Skold
*Solicitor General*
Jill Lacedonia
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5020
michael.skold@ct.gov
jill.lacedonia@ct.gov

**PHILIP J. WEISER**
Attorney General

**KATHLEEN JENNINGS**
Attorney General

| | |
|---|---|
| State of Colorado | State of Delaware |
| /s/ Shannon Stevenson<br>Shannon Stevenson<br>*Solicitor General*<br>Ralph L. Carr Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203<br>(720) 508-6000<br>shannon.stevenson@coag.gov | /s/ Vanessa L. Kassab<br>Vanessa L. Kassab<br>*Deputy Attorney General*<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 577-8413<br>vanessa.kassab@delaware.gov |
| **BRIAN L. SCHWALB**<br>Attorney General<br>District of Columbia | **ANNE E. LOPEZ**<br>Attorney General<br>State of Hawaiʻi |
| /s/ Andrew Mendrala<br>Andrew Mendrala<br>*Assistant Attorney General*<br>*Public Advocacy Division*<br>Office of the Attorney General for the District of Columbia<br>400 Sixth Street, NW<br>Washington, DC 20001<br>(202) 724-9726<br>andrew.mendrala@dc.gov | /s/ Kalikoʻonālani D. Fernandes<br>David D. Day<br>*Special Assistant to the Attorney General*<br>Kalikoʻonālani D. Fernandes<br>*Solicitor General*<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov |
| **AARON M. FREY**<br>Attorney General<br>State of Maine | **ANTHONY G. BROWN**<br>Attorney General<br>State of Maryland |
| /s/ Jason Anton<br>Jason Anton<br>*Assistant Attorney General*<br>Maine Office of the Attorney General | /s/ Adam D. Kirschner<br>Adam D. Kirschner<br>*Senior Assistant Attorney General*<br>Office of the Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>410-576-6424 |

6

6 State House Station
Augusta, ME 04333
207-626-8800
jason.anton@maine.gov

akirschner@oag.state.md.us

**DANA NESSEL**
Attorney General
State of Michigan

/s/ Linus Banghart-Linn
Linus Banghart-Linn
*Chief Legal Counsel*
Neil Giovanatti
*Assistant Attorney General*
Michigan Department of Attorney General
525 W. Ottawa St.
Lansing, MI 48933
(517) 281-6677
banghart-linnl@michigan.gov
giovanattin@michigan.gov

**KEITH ELLISON**
Attorney General
State of Minnesota

/s/ Liz Kramer
Liz Kramer
*Solicitor General*
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
liz.kramer@ag.state.mn.us

**AARON D. FORD**
Attorney General
State of Nevada

/s/ Heidi Parry Stern
Heidi Parry Stern
*Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
(702) 486-5708
hstern@ag.nv.gov

**RAÚL TORREZ**
Attorney General
State of New Mexico

/s/ Anjana Samant
Anjana Samant
*Deputy Counsel*
N.M. Department of Justice
408 Galisteo Street
Santa Fe, New Mexico 87501
505-270-4332
asamant@nmdoj.gov

**JEFF JACKSON**
Attorney General

**DAN RAYFIELD**
Attorney General

7

| | |
|---|---|
| State of North Carolina | State of Oregon |
| /s/ Daniel P. Mosteller<br>Daniel P. Mosteller<br>*Associate Deputy Attorney General*<br>PO Box 629<br>Raleigh, NC 27602<br>919-716-6026<br>dmosteller@ncdoj.gov | /s/ Christina Beatty-Walters<br>Christina Beatty-Walters<br>*Senior Assistant Attorney General*<br>100 SW Market Street<br>Portland, OR 97201<br>(971) 673-1880<br>tina.beattywalters@doj.oregon.gov |
| **CHARITY R. CLARK**<br>Attorney General<br>State of Vermont | **NICHOLAS W. BROWN**<br>Attorney General<br>State of Washington |
| /s/ Jonathan T. Rose<br>Jonathan T. Rose<br>*Solicitor General*<br>109 State Street<br>Montpelier, VT 05609<br>(802) 793-1646<br>jonathan.rose@vermont.gov | /s/ Andrew Hughes<br>Andrew Hughes<br>*Assistant Attorney General*<br>Leah Brown<br>*Assistant Attorney General*<br>Office of the Washington State Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>(206) 464-7744<br>andrew.hughes@atg.wa.gov<br>leah.brown@atg.wa.gov |
| **OFFICE OF THE GOVERNOR** *ex rel.* **ANDY BESHEAR**<br>in his official capacity as Governor of the Commonwealth of Kentucky | **JOSHUA L. KAUL**<br>Attorney General<br>State of Wisconsin |
| /s/ S. Travis Mayo<br>S. Travis Mayo<br>*General Counsel*<br>Taylor Payne<br>*Chief Deputy General Counsel* | /s/ Aaron J. Bibb<br>Aaron J. Bibb<br>*Assistant Attorney General*<br>Wisconsin Department of Justice<br>17 West Main Street |

Laura C. Tipton
*Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0810
bibbaj@doj.state.wi.us

June 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2025, I electronically filed the foregoing motion for an extension of time with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Alex Hemmer
ALEX HEMMER
