# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1236, 25-1413     **Short Title:** State of New York v. Trump

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:
Claremont Institute's Center for Constitutional Jurisprudence and John C. Eastman as the

[ ] appellant(s)          [ ] appellee(s)          [✓] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Alexander H. Haberbush
Signature

June 16, 2024
Date

Alexander H. Haberbush
Name

Lex Rex Institute
Firm Name (if applicable)

(562) 435-9062
Telephone Number

444 W. Ocean Blvd, Suite 1403
Address

(562) 600-7570
Fax Number

Long Beach, CA 90802
City, State, Zip Code

ahaberbush@ccg1776.com
Email (required)

Court of Appeals Bar Number: 1216626

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes     Court of Appeals No. _____

==========================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system on June 38, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 38th day of June, 2025.

/s/ Alexander Haberbush
Alexander Haberbush
CONSTITUTIONAL COUNSEL GROUP
444 W Ocean Boulevard, Suite 1403
Long Beach, CA 90802
Telephone: (562) 435-9062
FAX: (562) 600-7570
E-mail: ahaberbush@ccg1776.com
