No. 25-1413

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF NEW YORK, et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, et al.,

Defendants-Appellants.

———————————

On Appeal from the United States District Court
for the District of Rhode Island (No. 1:25-cv-00039)
The Honorable John J. McConnell, Jr.

———————————

**UNOPPOSED MOTION OF JOSHUA PATASHNIK TO WITHDRAW AS COUNSEL FOR APPELLEE STATE OF CALIFORNIA**

Pursuant to First Circuit Local Rule 12.0(b), attorney Joshua Patashnik respectfully moves to withdraw as counsel for appellee State of California. As of July 16, 2025, Mr. Patashnik will be leaving the Office of the California Attorney General. California will continue to be represented in this Court by the other attorneys who have noticed their appearance. Defendants do not object to this motion.

Respectfully submitted,

**ROB BONTA**
Attorney General
State of California

/s/ Joshua Patashnik
Joshua Patashnik
   *Deputy Solicitor General*
600 West Broadway, Suite 1800
San Diego, CA 92101
josh.patashnik@doj.ca.gov
619-738-9628

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Joshua Patashnik
JOSHUA PATASHNIK
