No. 25-1236, 25-1413

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF RHODE ISLAND; STATE OF NEW JERSEY; COMMONWEALTH OF MASSACHUSETTS; STATE OF ARIZONA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF HAWAII; STATE OF MAINE; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NORTH CAROLINA; STATE OF NEW MEXICO; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN, OFFICE OF THE GOVERNOR OF KENTUCKY, ex rel. ANDREW BESHEAR, in their official capacity as Governor of the Commonwealth of Kentucky,

Plaintiffs – Appellees

(*caption continued on next page*)

*On Appeal from the United States District Court
for the District of Rhode Island*

## MOTION BY FORMER OFFICE OF MANAGEMENT AND BUDGET OFFICIALS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES AND AFFIRMANCE

Christina L. Wentworth
Nikhel S. Sus
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
PO Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
cwentworth@citizensforethics.org
*Counsel for Amici Curiae*

v.

DONALD J. TRUMP, in their official capacity as President of the United States; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL THURLOW VOUGHT, in their official capacity as Director of the U.S. Office of Management and Budget; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in their official capacity as Secretary of the Treasury; PATRICIA COLLINS, in their official capacity as Treasurer of the U.S.; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in their official capacity as Secretary of the Department of Health and Human Services; U.S. DEPARTMENT OF EDUCATION; LINDA MCMAHON, in their official capacity as Secretary of Education; U.S. FEDERAL EMERGENCY MANAGEMENT AGENCY; CAMERON HAMILTON, in their official capacity as Acting Administrator of the U.S. Federal Emergency Management Agency; U.S. DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in their official capacity as Secretary of Transportation; U.S. DEPARTMENT OF LABOR; LORI CHAVEZDEREMER, in their official capacity as Secretary of Labor; U.S. DEPARTMENT OF ENERGY; CHRISTOPHER ALLEN WRIGHT, in their official capacity as Secretary of the U.S. Department of Energy; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, in their official capacity as Administrator of the U.S. Environmental Protection Agency; U.S. DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, in their official capacity as Secretary of the Interior; U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in their official capacity as Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF JUSTICE; PAMELA J. BONDI, in their official capacity as Attorney General; NATIONAL SCIENCE FOUNDATION; DR. SETHURAMAN PANCHANATHAN, in their official capacity as Director of the National Science Foundation; U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in their official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development; U.S. DEPARTMENT OF STATE; MARCO RUBIO, in their official capacities as Secretary of State and Acting Administrator of the United States Agency for International Development; US AGENCY FOR INTERNATIONAL DEVELOPMENT; U.S. DEPARTMENT OF DEFENSE; PETE HEGSETH, in their official capacity as Secretary of Defense; U.S. DEPARTMENT OF VETERANS AFFAIRS; DOUGLAS COLLINS, in their official capacity as Secretary of Veterans Affairs; U.S.

DEPARTMENT OF COMMERCE; HOWARD LUTNICK, in their official capacity as Secretary of Commerce; NATIONAL AERONAUTICS AND SPACE ADMINISTRATION; JANET PETRO, in their official capacity as Acting Administrator of National Aeronautics and Space Administration; CORPORATION FOR NATIONAL AND COMMUNITY SERVICE; JENNIFER BASTRESS TAHMASEBI, in their official capacity as Interim Head of the Corporation for National and Community Service; U.S. SOCIAL SECURITY ADMINISTRATION; LELAND DUDEK, in their official capacity as Acting Commissioner of United States Social Security Administration; U.S. SMALL BUSINESS ADMINISTRATION; KELLY LOEFFLER, in their official capacity as Acting Administrator of U.S. Small Business Administration,

Defendants-Appellants.

Movants former Office of Management and Budget ("OMB") officials hereby request leave under Federal Rule of Appellate Procedure 29(a)(3) and Local Rule 29(a)(3) to file the attached proposed *amici curiae* brief in support of plaintiffs-appellees and affirmance.[1] This motion is submitted on behalf of the following proposed *amici*, all of whom are former OMB officials:

- Barry Anderson, Assistant Director for Budget (1988–1998), Chief, Fiscal Affairs Branch (1985–1988), Chief, Commerce Branch (1984–1985), Budget Examiner, Housing Branch (1980–1984)
- Nicholas Batman, Advisor for Communications (2024–2025)
- Rodney Bent, Deputy Associate Director (1998–2003), Branch Chief (1986–1998), Fiscal Economist (1983–1986)
- Joe Carlile, Associate Director (2023–2025)
- Mary Cassell, Chief, Education Branch (2011–2025), Program Examiner, Education Branch (1995–2011)
- Christine Harada, Senior Advisor (2023–2025)
- Toni Hustead, Chief, Veterans Affairs and Defense Health Branch, National Security Division (1994–2007)
- Charles Kieffer, Acting Associate Director for Legislative Affairs & Chief for Appropriations Analysis (1995–2001), Chief for Appropriations Analysis (1990–1995), Special Assistant to the Director (1985–1990)
- Steve Redburn, Housing Branch Chief (1993–2006), Economist (1986–1993)
- Rosalyn Rettman, Associate General Counsel (1990–2008), Assistant General Counsel (1984–1990)

---

[1] The attached proposed *amici curiae* brief complies in all respects with Federal Rules of Appellate Procedure 29(a)(4) and (a)(5) and Local Rules 29(a)(4) and (a)(5).

1

- Kenneth Schwartz, Deputy Associate Director (1987–2005), Branch Chief (1984–1987), Budget Examiner (1969–1972, 1974–1984)

- Jack Smalligan, Deputy Associate Director (2013–2018), Branch Chief (1998–2013), Policy Analyst (1990–1998)

- Kathy Stack, Senior Advisor for Evidence and Innovation (2013–2015), Deputy Associate Director for Education, Income Maintenance and Labor (2005–2013), Education Branch Chief (2000–2005), Program Examiner (1982–1991, 1995–1998, 1999–2000)

- Representative Melanie Stansbury, Program Examiner (2011–2015)

In support of their motion, *amici* state as follows:

1.  Amici are former OMB officials, with a collective 235 years of experience, who served under both Democratic and Republican administrations. Amici move for leave to file the accompanying brief because they are concerned by OMB's recent actions and believe that their knowledge, expertise, and objectivity concerning OMB's authorities and OMB's traditional role in implementing the administration's agenda will assist the Court in assessing this appeal.

2.  The attached brief explains that it is the President's duty to faithfully execute the laws passed by Congress and outlines OMB's role in assisting the President in doing so. The brief also outlines specific procedures available to the President for implementing their priorities, and explains how the Trump Administration has abused OMB's authorities by withholding congressionally appropriated funds.

2

3. Counsel for Plaintiffs-Appellees and Defendants-Appellants have consented to the timely filing of this brief.

WHEREFORE, movants respectfully request leave to file the accompanying *amici curiae* brief.

Dated: July 21, 2025                                     Respectfully submitted,

/s/ Christina Wentworth

Christina L. Wentworth
1st Cir. Bar No. 1215969
Nikhel S. Sus
1st Cir. Bar No. 1218784
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
PO Box 14596
Washington, D.C. 20044
Telephone: (202) 408-5565
Fax: (202) 588-5020
cwentworth@citizensforethics.org

*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this document complies with the type-volume limitations set forth in Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 475 words.

I further certify that this document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in a 14-point Times New Roman font.

Dated: July 21, 2025                    /s/ Christina Wentworth
                                        Christina L. Wentworth
                                        *Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of Court of the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system, thereby serving all persons required to be served.

Dated: July 21, 2025  /s/ Christina Wentworth
Christina L. Wentworth
*Counsel for Amicus Curiae*